IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:11-CR-45-1BO

UNITED STATES OF AMERICA,

**ORDER**

v.

STANLEY BASNIGHT

Before the Court for consideration is Defendant Stanley Basnight's Motion to Seal his Sentencing Memorandum. Defendant further requests that his Memorandum in Support of Motion to Seal be sealed.

For good cause shown, Defendant's Motion is GRANTED.

SO ORDERED this 13 day of July, 2012.